| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Todd M. Friedman (SBN 216752)<br>Adrian R. Bacon (SBN 280332)<br>Meghan E. George (SBN 274525)<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Phone: 323-306-4234<br>tfriedman@toddflaw.com<br>ATTORNEY(S) FOR: Plaintiff, TERRY FABRICANT | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>ALLFI INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  TERRY FABRICANT
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| TERRY FABRICANT | PLAINTIFF |
| ALLFI INC. | DEFENDANT |

July 20, 2020                                  /s/Todd M. Friedman
Date                                                 Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, TERRY FABRICANT